UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR.,

                Plaintiff,

    v.

MARCO RUBIO,

                Defendant.

Case No. 2:26-cv-00408-JHC-TLF

ORDER

Having reviewed de novo the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge (Dkt. # 4), Plaintiff's objections (Dkt. # 5), and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Plaintiff's proposed IFP application (Dkt. 1) is DENIED and the action is DISMISSED without prejudice.

(3)    Plaintiff's "proposed motion to correct clerical error" (Dkt. 2) is denied as moot.

(4)    The Clerk shall provide a copy of this order to the plaintiff, counsel for defendants and to Judge Fricke.

//

//

ORDER - 1

Dated this 31st day of March, 2026.

_____
JOHN H. CHUN
United States District Judge

ORDER - 2